

sgrvlaw.com

**Bruce W. Bellingham** 1635 Market Street, 7th Floor
Philadelphia, PA 19103 P 215.241.8916
F 215.531.9115
bbellingham@lawsgr.com

New York Office:
One Penn Plaza
36th Floor
New York, NY 10119
P 212.786.7394

Admitted to practice:
**PA**, **FL**, **NY**

January 16, 2020

Hon. Edgardo Ramos
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    *Re: Werner, et al. v. Sell It Social, LLC.,*
    SDNY No. 1:18-cv-10624-ER

Dear Judge Ramos:

I represent the plaintiffs in the above-referenced action. The defendant declines to participate in a Rule 26(f) conference because no order has issued scheduling a Rule 16 initial conference. *See* Exhibit "1." Accordingly, I respectfully request that the Court schedule a Rule 16 Conference.

Respectfully,

/s/ Bruce Bellingham
Bruce Bellingham, Esquire
Attorney for Plaintiffs


cc:    Alexander R. Malbin, Esquire
       (by e-filing)

PHILADELPHIA    NEW JERSEY    FLORIDA    NEW YORK    ATLANTA