# Bruce Bellingham

| | |
|---|---|
| **From:** | Alex malbin <amalbin@24iplg.com> |
| **Sent:** | Thursday, January 16, 2020 9:31 AM |
| **To:** | Bruce Bellingham |
| **Cc:** | Laura Spanakos |
| **Subject:** | Re: Werner et al. v. Sell It Social |

Bruce,

We are not authorized to hold the Rule 26(f) conference until an order scheduling the Rule 16 initial pretrial conference has been entered by the Court.

Alexander Malbin
Counsel
**Ferdinand IP**
450 Seventh Avenue, Suite 1300
New York, New York 10123
Phone: (212) 220 0523
Fax: (203) 905 6747
email:  amalbin@24iplg.com
Web:  www.ferdinandip.com

*Main Office:*
1221 Post Road East, Suite 302
Westport, Connecticut 06880
Phone: (203) 557 4224

---

**From:** Bruce Bellingham <BBellingham@sgrvlaw.com>
**Date:** Wednesday, January 15, 2020 at 5:18 PM
**To:** Alexander Malbin <amalbin@24iplg.com>
**Subject:** Werner et al. v. Sell It Social

Alex,

I would like to schedule a Rule 26 conference of the parties.  Attached please find Plaintiff's Rule 26 Initial Disclosures and a proposed case management scheduling order as a basis for discussion.

Will you please advise on your availability?

Best,

Bruce

1