# FERDINAND IP
## LAW GROUP
IP | LICENSING | CORPORATE | LITIGATION | VALUATION

ALEXANDER R. MALBIN, ESQ.
AMalbin@fiplawgroup.com
Admitted in NY

May 5, 2021

**MEMO ENDORSED**

LETTER-MOTION – FILED VIA ECF

> The request is GRANTED. The conference is adjourned to June 22 at 4pm. Dial-in information will remain the same. It is SO ORDERED.
>
> Edgardo Ramos, U.S.D.J
> Dated: 5/5/2021
> New York, New York

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square, Courtroom 619
New York, New York 10007

  Re: *Werner v. Sell It Social, LLC, et al.* **(Civil Action No. 1:18-cv-10624-ER)**
    **Request for Adjournment of Initial Court Conference**

Dear Judge Ramos,

  We are counsel of record for Defendants, Sell It Social, LLC and Heath Wolfson, in the above-referenced action. We write to respectfully request adjournment of the Initial Case Management and Scheduling Conference (the "Conference"), currently scheduled for May 13, 2021 at 11:45 a.m. (Dkt. 23).

  The basis for this request is that, after the nearly two-year-long pendency of this action prior to the Court's order scheduling the Conference, Defendant Wolfson is currently in the process of arranging for continued representation in this action moving forward, and desires that the Conference be postponed to allow adequate time to seek and secure continued representation before the Conference is held. Undersigned counsel respectfully proposes that the Conference be adjourned for thirty (30) days, or to such other date convenient to the Court.

  This is the parties' first request for adjournment of the Conference. The requested adjournment will not affect any other scheduled deadlines or court hearings in this action, as a scheduling order has not yet been entered in this case. Counsel for Plaintiffs, Bruce Bellingham, Esq., has indicated that he does not object to this adjournment request.

  Thank you for your time and consideration.

           Very truly yours,

           Alexander Malbin, Esq.
           *Counsel for Defendants*

FERDINANDIP.COM

**NEW YORK OFFICE**
450 7th Avenue
Suite 1300
New York, NY 10123
P +1 (212) 220 0523
F +1 (203) 905 6747

**WESTPORT OFFICE**
1221 Post Road East
Suite 302
Westport, CT 06880
P +1 (203) 557 4224
F +1 (203) 905 6747

**SAN DIEGO OFFICE**
2255 Avenida de la Playa
Suite 8
La Jolla, CA 92037
P +1 (858) 412 4515
F +1 (203) 905 6747

**SILICON VALLEY OFFICE**
800 W. El Camino Real
Mountain View, CA 94040
P +1 (650) 903 2201
F +1 (203) 905 6747